# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE M. HERZOG, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRUMA CORPORATION, a Nevada corporation doing business as Mission Foods,<br><br>Defendant. | CASE NO. 08-CV-02348-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION** |

On March 27, 2009, Plaintiff Catherine M. Herzog and Defendant Gruma Corporation, d/b/a Mission Foods, filed a joint motion to dismiss the entire action pursuant to Federal Rule of Civil Procedure 41(a). The Court grants the parties' joint motion and dismisses with prejudice Plaintiff Catherine M. Herzog's individual claims in their entirety and dismisses without prejudice all remaining claims as to the putative class.

**IT IS SO ORDERED.**

DATED: March 30, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT